OCTOBER 13, 1959

No. 63446.—SUIT 4975.—Keer, Maurer Company v. United States.——C.D. 2018

affirmed June 30, 1959. C.A.D. 710.